1   Kent Khtikian, Esq. (#99843)
     Kimberly A. Hancock Esq. (#205567)
2   Katzenbach and Khtikian
     1714 Stockton Street, Suite 300
3   San Francisco, California  94133-2930
     Telephone: (415) 834-1778
4   Facsimile: (415) 834-1842

5   Attorney for Plaintiffs

6

7

8                   UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10   TRUSTEES OF THE BRICKLAYERS LOCAL NO.  ) CASE NO. C 07-3511 EDL
      3 PENSION TRUST; TRUSTEES OF THE        )
11   BRICKLAYERS LOCAL NO. 3 HEALTH AND      )
      WELFARE TRUST; TRUSTEES OF THE          )
12   BRICKLAYERS AND ALLIED CRAFTS LOCAL     ) STIPULATION FOR
      NO. 3 APPRENTICE TRAINING TRUST;        ) EXTENSION OF TIME TO
13   INTERNATIONAL UNION OF                  ) RESPOND TO COMPLAINT
      BRICKLAYERS AND ALLIED CRAFTSMEN,       )
14   AFL-CIO, LOCAL UNION NO. 3, on behalf   )
      of itself and as agent for              )
15   its members; TRUSTEES OF THE            )
      INTERNATIONAL UNION OF BRICKLAYERS AND  )
16   ALLIED CRAFTSMEN PENSION FUND,          )
                                )
17       Plaintiffs,                          )
                                )
18   vs.                                     )
                                )
19   DARRAGH CORPORATION, a Texas            )
      corporation; CNC CONTRACTORS, INC.,     )
20   dba SUNBELT CNC CONTRACTORS, a Texas    )
      corporation; DARRAGH DIMENSIONAL STONE,)
21   a California corporation; JOHN           )
      DARRAGH BEVAN; WESTERN SURETY COMPANY, )
22   a South Dakota corporation; STAR        )
      INSURANCE COMPANY, a Michigan           )
23   corporation;                            )
                                )
24       Defendants.                          )
      _____)
25

26      Each of the plaintiffs in the above-captioned matter

27   ("Plaintiffs") and defendants DARRAGH CORPORATION, CNC

28   CONTRACTORS, INC. dba SUNBELT CNC CONTRACTORS, DARRAGH

1  DIMENSIONAL STONE, JOHN DARRAGH BEVAN, WESTERN SURETY COMPANY,

2  and STAR INSURANCE COMPANY ("Defendants") specially appearing by

3  this document only and for no other purpose than set forth

4  herein, acting through their counsel of record, stipulate that

5  Defendants will have until Friday, September 28, 2007, to answer

6  or otherwise plead in response to the complaint of Plaintiffs in

7  this action.

8

9  Dated: August 21, 2007          /S/ Kimberly A. Hancock
                                   Katzenbach and Khtikian
10                                    Kimberly A. Hancock
                                    Attorney for Plaintiffs

11

12  Dated: August 21, 2007          /s/ Raphael L. Rosingana
                                   Rosingana & Associates
13                                    Raphael Rosingana, Esq.
                                    Attorney for Defendants

14

15

16

17  IT IS SO ORDERED.

18

19

20  Date:_____       _____
                                   The Honorable Elizabeth D. Laporte
                                   Judge, United States District Court
21                                 Northern District of California

22

23

24

25

26

27

28

1       DECLARATION RE E-FILING SIGNATURES

2  I,Kimberly A. Hancock, hereby declare:

3       1.  I am an attorney of record for plaintiffs Trustees of

4   the Bricklayers Local 3 Pension Trust et al. in this action.

5       2.  Pursuant to General Order No. 45, Article X, regarding

6  Electronic Case Filing, plaintiffs have obtained the concurrence

7  of signatory Raphael Rosingana, attorney for Defendants

8  in the filing of the Stipulation To Extension of Time To Respond

9  To Complaint.

10       I declare under penalty of perjury under the laws of the

11  State of California that the foregoing is true and correct.

12

    Dated:8/21/2007          /S/ Kimberly A. Hancock
13                            Kimberly A. Hancock, Attorney for
                              Plaintiffs Trustees of the Bricklayers
14                            Local 3 Pension Trust et al.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**

1

2        I am a resident of the County of San Francisco, California.  I am over the age of

3   eighteen years and not a party to this action.  My business address is Katzenbach &

4   Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133.  On August

5   21, 2007, I served the within:

6

7        1.  **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

8   on the parties remaining in the action herein, by placing a true copy thereof enclosed in a

9   sealed envelope with first class mail postage thereon fully prepaid in the United States

10  Mail at San Francisco, California, addressed as follows:

11

12  Raphael Louis Rosingana
    Rosingana & Associates
13  PO Box 1365
    Loomis, CA 95650

14

15        I declare under penalty of perjury that the forgoing is true and correct, and that

16  this declaration was executed on August 21, 2007 in San Francisco, California.

17

18                            ___/s/_____
                              Esther Kim
19

20

21

22

23

24

25

26

27

28