```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415) 834-1842

 5  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND, <br><br>        Plaintiffs, <br><br> vs. <br><br> DARRAGH CORPORATION, a Texas corporation; CNC CONTRACTORS, INC., dba SUNBELT CNC CONTRACTORS, a Texas corporation; DARRAGH DIMENSIONAL STONE, a California corporation; JOHN DARRAGH BEVAN; WESTERN SURETY COMPANY, a South Dakota corporation; STAR INSURANCE COMPANY, a Michigan corporation; <br><br>        Defendants. | CASE NO. C 07-3511 EDL <br><br> STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

    Each of the plaintiffs in the above-captioned matter

("Plaintiffs") and defendants DARRAGH CORPORATION, CNC

CONTRACTORS, INC. dba SUNBELT CNC CONTRACTORS, DARRAGH

```
 1  DIMENSIONAL STONE, JOHN DARRAGH BEVAN, WESTERN SURETY COMPANY,
 2  and STAR INSURANCE COMPANY ("Defendants") specially appearing by
 3  this document only and for no other purpose than set forth
 4  herein, acting through their counsel of record, stipulate that
 5  Defendants will have until Friday, September 28, 2007, to answer
 6  or otherwise plead in response to the complaint of Plaintiffs in
 7  this action.
 8
 9  Dated: August 21, 2007          /S/ Kimberly A. Hancock
                                    Katzenbach and Khtikian
10                                    Kimberly A. Hancock
                                    Attorney for Plaintiffs
11
12  Dated: August 21, 2007          /s/ Raphael L. Rosingana
                                    Rosingana & Associates
13                                   Raphael Rosingana, Esq.
                                    Attorney for Defendants
14
15
16
17  IT IS SO ORDERED.
18
19
    Date: August 23, 2007
20                                  _____
                                    The Honorable Elizabeth D. Laporte
21                                  Judge, United States District Court
                                    Northern District of California
```

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]