United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>DARRAGH CORPORATION, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 07-03511 EDL<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference scheduled for October 9, 2007 at 10:00 a.m. has been continued to **November 13, 2007 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than November 6, 2007.

Dated:  October 5, 2007

　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　by: _____
　　　　　　　　　　　　　　　　　　　　　　　　Lili M. Harrell
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy