AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ Northern _____ DISTRICT OF _____ California _____

See 1 in Addendum
V.
See 2 in Addendum

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 3511  EDL

TO: (Name and address of defendant)

See 3 in Addendum

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA  94133-2930

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                              JUL 5 2007

_____                _____
CLERK                                           DATE

_____
(BY) DEPUTY CLERK
ANNA SPRINKLES

# Addendum

1. TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND;
    Plaintiffs.

2. DARRAGH CORPORATION, a Texas corporation; CNC CONTRACTORS, INC., dba SUNBELT CNC CONTRACTORS, a Texas corporation; DARRAGH DIMENSIONAL STONE, a California corporation; JOHN DARRAGH BEVAN; WESTERN SURETY COMPANY, a South Dakota corporation; STAR INSURANCE COMPANY, a Michigan corporation;
Defendants.

3. DARRAGH CORPORATION
2751 Land Ave. #B
Sacramento, CA  95815

    CNC CONTRACTORS
15770 Bellaire Blvd. Suite 716
Houston, TX  77083

    DARRAGH DIMENSIONAL STONE
2751 Land Ave. #B
Sacramento, CA  95815

    JOHN DARRAGH BEVAN
2751 Land Ave. #B
Sacramento, CA  95815

    WESTERN SURETY COMPANY
101 S. Phillips Ave.
Sioux Falls, SD  57104

    STAR INSURANCE COMPANY
26255 American Drive
Southfield, MI  48034-6112

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2486036 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.

Defendant:
DARRAGH CORPORATION, et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 07-03511 |
|---|---|---|---|---|

I, Robert J. Mason, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; CLERK'S NOTICE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRINGE BENEFIT CONTRIBUTIONS; INJUNCTION; BOND; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; EFC REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK]; DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK]; WELCOME TO THE U.S. DISTRICT COURT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant                : DARRAGH CORPORATION

By Serving               : JOHN DARRAGH BEVAN, Agent for Service/Authorized to Accept Service of Process.
Address                  : 6250 Barton Road, Loomis, California 95650
Date & Time              : Monday, October 29, 2007 @ 5:57 p.m.
Witness fees were        : Not applicable.

Person serving:                          a. Fee for service:
Robert J. Mason                          d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 03-007
San Francisco, California 94105             (3) County: Placer
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 30, 2007                    Signature: _____
                                                         Robert J. Mason



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California  94133-2930 | (415) 834-1778 | |
| Attorneys for:  PLAINTIFFS | Ref. No. Or File No.<br>W2480579 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES OF BRICKLAYERS LOCAL NO 3 et al.,

Defendant:
DARRAGH CORPORATION, etc., et al.,

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 07-3511 |
|---|---|---|---|---|

I, Robert J. Mason, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINS; STANDING ORDER RE MAGISTRATE JUDGE ELIZABETH D. LAPORTE; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; EFC REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; [Blank] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; [Blank] DECLINATION TO PROCEED BEFORE A MIAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE U.S. DISTRICT COURT SAN FRANCISCO DIVISION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : DARRAGH DIMENSIONAL STONE, A CALIFORNIA CORPORATION

By Serving        : COLLEEN NMI NARGUSSI, Agent for Service of Process

Address           : 6714 Wishing Well Way, Loomis, California  95650
Date & Time       : Thursday, July 19, 2007 @ 2:02 p.m.
Witness fees were : Not applicable. 45.00

Person serving:
Robert J. Mason
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 03-007
   (3) County: Placer
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 24, 2007                                    Signature:_____
                                                                Robert J. Mason


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2481482 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.

Defendant:
DARRAGH CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-3511 |
|---|---|---|---|---|

I, Robert J. Mason, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRINGE BENEFIT CONTRIBUTIONS; INJUNCTION; BOND; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; EFC REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK]; DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK]; WELCOME TO THE U.S. DISTRICT COURT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : JOHN DARRAGH BEVAN |
| By Serving | : JOHN DARRAGH BEVAN |
| Address | : 6250 Barton Road, Loomis, California 95650 |
| Date & Time | : Friday, August 17, 2007 @ 8:17 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Robert J. Mason
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 03-007
   (3) County: Placer
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 20, 2007

Signature: _____
Robert J. Mason



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2480580 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.

Defendant:
DARRAGH CORPORATION, etc., et al.

| **PROOF OF SERVICE** | Date | Time | Dept/Div | Case Number:<br>C 07-3511 |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINS; STANDING ORDER RE MAGISTRATE JUDGE ELIZABETH D. LAPORTE; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; EFC REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; [Blank] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; [Blank] DECLINATION TO PROCEED BEFORE A MIAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE U.S. DISTRICT COURT SAN FRANCISCO DIVISION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : WESTERN SURETY COMPANY, A SOUTH DAKOTA CORPORATION

By Serving        : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process
Address           : 818 W Seventh Street, Los Angeles, California 90017
Date & Time       : Wednesday, July 18, 2007 @ 2:40 p.m.
Witness fees were : Not applicable.

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
 (1) Employee or independent contractor
 (2) Registration No.: 3991
 (3) County: Los Angeles
 (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 18, 2007                                Signature: _____
                                                              B. Anderson

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | | Telephone: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| KENT KHTIKIAN, ESQ. (99843) **PROOF OF SERVICE** | Date | Time | (415) 834-1778 Dept/Div: | Case Number: | C 07-3511 |

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINS; STANDING ORDER RE MAGISTRATE JUDGE ELIZABETH D. LAPORTE; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; EFC REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; [Blank] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; [Blank] DECLINATION TO PROCEED BEFORE A MIAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE U.S. DISTRICT COURT SAN FRANCISCO DIVISION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : STAR INSURANCE COMPANY, A MICHIGAN CORPORATION

By Serving        : THOMAS MARRUFO, Teller Supervisor-Authorized to Accept Service of Process

Address           : 818 W Seventh Street, Los Angeles, California  90017
Date & Time       : Wednesday, July 18, 2007 @ 2:40 p.m.
Witness fees were : Not applicable.


Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 18, 2007

Signature: _____
B. Anderson

Printed on recycled paper