**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:   November 13, 2007

Case No:  **C- 07-03511 EDL**

Case Name:  Trustees of the Bricklayers Local No. 3 Pension Trust, et al v. Darragh Corp., et al

Attorneys:   Pltf:   W. Kent Khitikian
Deft:   No appearance

Deputy Clerk:  Lili M. Harrell          FTR digital recording: 11:16am 11:21am

**PROCEEDINGS:**                              **RULING:**

1.  Initial Case Management Conference                  Held

2.

**ORDERED AFTER HEARING:**
   Plaintiff shall request entry of default by mid-December 2007. Motion for default judgment
   shall be filed 1/15/2008.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [X]  Court
**Case continued to:**  for

**PRETRIAL SCHEDULE:**
Last day to add new parties:
Discovery cutoff:
Initial expert disclosure deadline:
Rebuttal expert disclosure deadline:
Expert discovery cutoff:
Dispositive Motion filing deadline:
Dispositive Motions hearing date:
Pretrial Conference:
Trial:  at 8:30 a.m., set for  days.
        [ ] Jury  [ ]  Court

Notes: Plaintiff shall notify the Court of appearance by defendants and CMC will be scheduled.

cc: