```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842

 5  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND, <br><br>    Plaintiffs, <br><br>vs. <br><br>DARRAGH CORPORATION, a Texas corporation; CNC CONTRACTORS, INC., dba SUNBELT CNC CONTRACTORS, a Texas corporation; DARRAGH DIMENSIONAL STONE, a California corporation; JOHN DARRAGH BEVAN; WESTERN SURETY COMPANY, a South Dakota corporation; STAR INSURANCE COMPANY, a Michigan corporation; <br><br>    Defendants. | CASE NO. C-07-03511 EDL <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER |

    Pursuant to FRCivP 41(a)(1), Plaintiffs hereby request the dismissal, without prejudice, of defendant CNC CONTRACTORS, INC. dba SUNBELT CNC CONTRACTORS, a Texas corporation, from this

```
 1  action.
 2
 3  Dated: November 20, 2007          /S/ Kimberly A. Hancock
                                      Katzenbach and Khtikian
 4                                       Kimberly A. Hancock
                                       Attorney for Plaintiffs
 5
 6
 7
    IT IS SO ORDERED.
 8
 9
10
11  Date: November 21, 2007       _____
                                  The Honorable Elizabeth D. Laporte
12                                Judge, United States District Court
                                  Northern District of California
13
```

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte]

# PROOF OF SERVICE

I declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 1714 Stockton Street, Suite 300, San Francisco, California, 94133-2930.

On November 20, 2007, I served a true copy of the foregoing document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

 XX   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid, to be placed in the United States Mail at San Francisco, California, to be mailed to the addressee(s) noted below.

Raphael Louis Rosingana
Rosingana & Associates
P.O. Box 1365
Loomis, California 95650

John Garcia
Rosingana & Associates
P.O. Box 1365
Loomis, California 95650

John Darragh Bevan
6250 Barton Road
Loomis, CA 95650

___ (BY FACSIMILE), by transmitting the said document(s) via facsimile to number noted below.

___ (VIA MESSENGER SERVICE), I caused such envelope(s) to be hand-delivered to the addressee(s) noted below.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on November 20, 2007, at San Francisco, California.

/s/ Esther Kim
Esther Kim

PROOF OF SERVICE - 1