```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842

 5  Attorney for Plaintiffs

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10  TRUSTEES OF THE BRICKLAYERS LOCAL NO.  ) CASE NO. C-07-03511 EDL
    3 PENSION TRUST; TRUSTEES OF THE       )
11  BRICKLAYERS LOCAL NO. 3 HEALTH AND     )
    WELFARE TRUST; TRUSTEES OF THE         )
12  BRICKLAYERS AND ALLIED CRAFTS LOCAL    ) REQUEST TO CLERK TO
    NO. 3 APPRENTICE TRAINING TRUST;       ) ENTER DEFAULT OF
13  INTERNATIONAL UNION OF                 ) DEFENDANT STAR
    BRICKLAYERS AND ALLIED CRAFTSMEN,      ) INSURANCE COMPANY;
14  AFL-CIO, LOCAL UNION NO. 3, on behalf  ) DECLARATION OF KIMBERLY
    of itself and as agent for             ) HANCOCK IN SUPPORT OF
15  its members; TRUSTEES OF THE           ) REQUEST TO CLERK TO
    INTERNATIONAL UNION OF BRICKLAYERS AND ) ENTER DEFAULT
16  ALLIED CRAFTSMEN PENSION FUND,         )
                                           )
17       Plaintiffs,                       )
                                           )
18  vs.                                    )
                                           )
19  DARRAGH CORPORATION, a Texas           )
    corporation; CNC CONTRACTORS, INC.,    )
20  dba SUNBELT CNC CONTRACTORS, a Texas   )
    corporation; DARRAGH DIMENSIONAL STONE,)
21  a California corporation; JOHN         )
    DARRAGH BEVAN; WESTERN SURETY COMPANY, )
22  a South Dakota corporation; STAR       )
    INSURANCE COMPANY, a Michigan          )
23  corporation;                           )
                                           )
24       Defendants.                       )
    _____)
25

26       TO: CLERK

27       Defendant STAR INSURANCE COMPANY, having failed to answer

28  the plaintiffs' complaint or otherwise appear in the time
```

required by Rule 12(a) of the Federal Rules of Civil Procedure, and the time for answering having expired, you are requested to enter its default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: December 5, 2007        KATZENBACH & KHTIKIAN

                               /S/ Kimberly A. Hancock
                               KIMBERLY A. HANCOCK
                               Attorney for Plaintiffs

**DECLARATION OF HANCOCK**

I, KIMBERLY HANCOCK, declare that:

1. I am the attorney of record for plaintiffs in the above-entitled action.

2. Service on defendant STAR INSURANCE COMPANY, in accordance with Rule 4(h) F.R.C.P., of a copy of the summons and complaint was completed on July 18, 2007. The summons and the return of service are on file in this action. The summons and proof of service were filed herein on November 13, 2007.

3. Defendant STAR INSURANCE COMPANY has not answered the complaint in the time permitted to defendant, which was on or by December 3, 2007.

I declare under penalty of perjury that the foregoing is true and correct, is based on my own personal knowledge, and I would so testify.

1  Executed this 5th day of December, 2007 in San Francisco,
2  California.
3
4                                            /S/  Kimberly A. Hancock
                                             KIMBERLY A. HANCOCK
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 1714 Stockton Street, Suite 300, San Francisco, California, 94133-2930.

On December 5, 2007, I served a true copy of the foregoing document(s) described as:

**REQUEST TO CLERK TO ENTER DEFAULT OF DEFENDANT STAR INSURANCE COMPANY; DECLARATION OF KIMBERLY HANCOCK IN SUPPORT OF REQUEST TO CLERK TO ENTER DEFAULT**

 XX   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid, to be placed in the United States Mail at San Francisco, California, to be mailed to the addressee(s) noted below.

Raphael Louis Rosingana
Rosingana & Associates
P.O. Box 1365
Loomis, California 95650

Western Surety Company
Attn: Thomas Snyder
CNA Surety
P.O. Box 5077
Sioux Falls, SD 57117-5077

Star Insurance Company
Attn: Thomas Marrufo
818 West Seventh Street
Los Angeles, CA 90017

___ (BY FACSIMILE), by transmitting the said document(s) via facsimile to number noted below.

___ (VIA MESSENGER SERVICE), I caused such envelope(s) to be hand-delivered to the addressee(s) noted below.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on December 5, 2007, at San Francisco, California.

/s/ Esther Kim
Esther Kim