**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————

www.cand.uscourts.gov

Richard W. Wieking                                                      General Court Number
Clerk                                                                           415.522.2000

December 11, 2007


RE:  **TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al. -v-**
     **DARRAGH CORPORATION, et al., Case Number C-07-3511-EDL**


**Default** is *entered* as to Defendant *Star Insurance Company*, a Michigan Corporation on
December 11, 2007.




RICHARD W. WIEKING, Clerk


by:  Thelma Nudo
     Deputy Clerk




NDC TR-4  Rev. 3/89