```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842

 5  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>DARRAGH CORPORATION, a Texas corporation; CNC CONTRACTORS, INC., dba SUNBELT CNC CONTRACTORS, a Texas corporation; DARRAGH DIMENSIONAL STONE, a California corporation; JOHN DARRAGH BEVAN; WESTERN SURETY COMPANY, a South Dakota corporation; STAR INSURANCE COMPANY, a Michigan corporation;<br><br>    Defendants. | CASE NO. C-07-03511 EDL<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER |

     Pursuant to FRCivP 41(a)(1), Plaintiffs hereby request the dismissal, without prejudice, of defendant WESTERN SURETY COMPANY, a South Dakota corporation, from this action.

```
1  Dated: December 13, 2007        /S/ Kimberly A. Hancock
                                   Katzenbach and Khtikian
2                                    Kimberly A. Hancock
                                   Attorney for Plaintiffs
3

4

5
   IT IS SO ORDERED.
6

7

8

9  Date:_____         _____
                                  The Honorable Elizabeth D. Laporte
10                                Judge, United States District Court
                                  Northern District of California
11
```

**PROOF OF SERVICE BY MAIL**

I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. On December 13, 2007, I served a true copy of the foregoing document described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

Raphael Louis Rosingana
Rosingana & Associates
PO Box 1365
Loomis, CA 95650

Western Surety Company
Attn: Thomas Snyder
CNA Surety
PO Box 5077
Sioux Falls, SD 57117-5077

Star Insurance Company
Attn: Thomas Marrufo
818 West Seventh Street
Los Angeles, CA 90017

I declare under penalty of perjury that the forgoing is true and correct, and that this declaration was executed on December 13, 2007 in San Francisco, California.

    /s/ Esther Kim
    Esther Kim

PROOF OF SERVICE - 1