```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842

 5  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND, <br><br>Plaintiffs, <br><br>vs. <br><br>DARRAGH CORPORATION, a Texas corporation; CNC CONTRACTORS, INC., dba SUNBELT CNC CONTRACTORS, a Texas corporation; DARRAGH DIMENSIONAL STONE, a California corporation; JOHN DARRAGH BEVAN; WESTERN SURETY COMPANY, a South Dakota corporation; STAR INSURANCE COMPANY, a Michigan corporation; <br><br>Defendants. | CASE NO. C-07-03511 EDL <br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

    Pursuant to FRCivP 41(a)(1), Plaintiffs hereby request the dismissal, without prejudice, of defendant WESTERN SURETY COMPANY, a South Dakota corporation, from this action.

| | |
|---|---|
| 1  Dated: December 19, 2007 | /S/ Kimberly A. Hancock |
| 2 | Katzenbach and Khtikian |
|   | Kimberly A. Hancock |
|   | Attorney for Plaintiffs |

**PROOF OF SERVICE BY MAIL**

I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. On December 19, 2007, I served a true copy of the foregoing document described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

by placing a true copy thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

Raphael Louis Rosingana
Rosingana & Associates
PO Box 1365
Loomis, CA 95650

Western Surety Company
Attn: Thomas Snyder
CNA Surety
PO Box 5077
Sioux Falls, SD 57117-5077

Star Insurance Company
Attn: Randy Fort
Meadowbrook Insurance Group
26255 American Drive
Southfield, Michigan 48034-6112

I declare under penalty of perjury that the forgoing is true and correct, and that this declaration was executed on December 19, 2007 in San Francisco, California.

                                            /s/ Esther Kim
                                            Esther Kim