In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: February 5, 2008

Case No:  **C- 07-03511 EDL**

Case Name:  **TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST v. DARRAGH CORPORATION, eet al**

Attorneys:    Pltf: Kimberly A. Hancock   Deft: Raphael Rosingana (phone)

Deputy Clerk:  Lili M. Harrell          FTR digital recording: 10:39am - 10:55am

**PROCEEDINGS:**                                                   **RULING**:

1. Further Case Management Conference                Held

2.

**ORDERED AFTER HEARING:** Matter is referred to the Court's ADR Program for mediation.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 7/8/08 at 10:00am for further case management conference.

**PRETRIAL SCHEDULE:**

Discovery cutoff: 7/11/08
Initial expert disclosure deadline: 5/30/08
Rebuttal expert disclosure deadline: 6/16/08
Expert discovery cutoff: 7/11/08
Dispositive Motion filing deadline:8/12/08
Dispositive Motions hearing date: 9/19/08
Pretrial Conference: 11/25/08
Trial: 12/15/08 at 8:30 a.m., set for 2 days.
      [ ] Jury  [X]  Court

Notes: Plaintiff shall file stipulation to set aside default of defendant Star Insurance Company
       by 2/11/08.

cc: ADR