1  Kent Khtikian, Esq. (#99843)
   Kimberly A. Hancock Esq. (#205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415 834-1842

5  Attorney for Plaintiffs

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 TRUTEES OF THE BRICKLAYERS LOCAL NO.  )   CASE NO.  C 07-3511 EDL
   3 PENSION TRUST, et al.;               )
12                                         )   STIPULATION TO SET ASIDE
          Plaintiffs,                      )   DEFAULT OF STAR
13                                         )   INSURANCE COMPANY;
   vs.                                     )   ORDER THEREON
14                                         )
   DARRAGH CORPORATION, a Texas            )
15 corporation, et al;                     )
                                           )
16        Defendants.                      )
   _____ )
17

18     WHEREAS Plaintiffs served Defendant Star Insurance with the Complaint and Summons

19 in the action on July 18, 2007; and

20     WHEREAS Star Insurance failed to respond to the Complaint in a timely manner; and

21     WHEREAS the clerk entered default against Star Insurance on December 11, 2007; and

22     WHEREAS Star Insurance contacted Plaintiffs' attorney for the first time in December

23 2007 and requested that the default be set aside;

24     IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant STAR

25 INSURANCE COMPANY ("Star Insurance") that:

26     The default entered against Star Insurance on December 11, 2007 be set aside.  Within five (5)

27 days of the entry of order setting aside the default and notice provided to counsel for Star,

28 Defendant Star Insurance will file and serve its Answer to the Complaint.

STIPULATION TO SET ASIDE DEFAULT OF STAR INSURANCE COMPANY; ORDER THEREON

Dated: ~~January~~ 2-7 2008

KATZENBACH AND KHTIKIAN
Kimberly A. Hancock
Attorney for Plaintiffs

Dated: ~~January~~ 2-5 2008

LAW OFFICE OF DEAN P. SPERLING
Dean P. Sperling
Attorney for Defendant Star Insurance Company

IT IS SO ORDERED.

Date: _____    _____
The Honorable Elizabeth D. Laporte
Judge, United States District Court
Northern District of California

STIPULATION TO SET ASIDE DEFAULT OF STAR INSURANCE COMPANY; ORDER THEREON    2