Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.;<br><br>   Plaintiffs,<br><br>vs.<br><br>DARRAGH CORPORATION, a Texas corporation, et al;<br><br>   Defendants. | CASE NO.  C 07-3511 EDL<br><br>STIPULATION TO SET ASIDE DEFAULT OF STAR INSURANCE COMPANY; ORDER THEREON |

   WHEREAS Plaintiffs served Defendant Star Insurance with the Complaint and Summons in the action on July 18, 2007; and

   WHEREAS Star Insurance failed to respond to the Complaint in a timely manner; and

   WHEREAS the clerk entered default against Star Insurance on December 11, 2007; and

   WHEREAS Star Insurance contacted Plaintiffs' attorney for the first time in December 2007 and requested that the default be set aside;

   IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant STAR INSURANCE COMPANY ("Star Insurance") that:

   The default entered against Star Insurance on December 11, 2007 be set aside.  Within five (5) days of the entry of order setting aside the default and notice provided to counsel for Star, Defendant Star Insurance will file and serve its Answer to the Complaint.

Dated: ~~January~~ 2-7 2008

_____
KATZENBACH AND KHTIKIAN
Kimberly A. Hancock
Attorney for Plaintiffs

Dated: ~~January~~ 2-5 2008

_____
LAW OFFICE OF DEAN P. SPERLING
Dean P. Sperling
Attorney for Defendant Star Insurance Company

IT IS SO ORDERED.

Date: 2/7/08

_____
The Honorable Elizabeth D. Laporte
Judge, United States District Court
Northern District of California