1  Kent Khtikian, Esq. (#99843)
   Kimberly A. Hancock Esq. (#205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415 834-1842

5  Attorney for Plaintiffs

6

7

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11  TRUSTEES OF THE BRICKLAYERS LOCAL NO. )     CASE NO.  C 07-3511 EDL
    3 PENSION TRUST, et al.;                  )
12                                            )     NOTICE OF ENTRY OF
             Plaintiffs,                      )     ORDER SETTING ASIDE
13                                            )     DEFAULT OF DEFENDANT
    vs.                                       )     STAR INSURANCE COMPANY
14                                            )
    DARRAGH CORPORATION, a Texas              )
15  corporation, et al;                       )
                                              )
16           Defendants.                      )
    _____)

17

18       TO DEFENDANTS DARRAGH CORPORATION, DARRAGH DIMENSIONAL

19  STONE, JOHN DARRAGH BEVAN, and STAR INSURANCE COMPANY:

20       PLEASE TAKE NOTICE THAT on February 7, 2008, this Court ordered that the default

21  of defendant Star Insurance Company be set aside.  A true and correct copy of the Court's order

22  is attached to this notice as Exhibit 1 and incorporated herein by this reference.

23

24

25  Dated: February 8,  2008

26                                            KATZENBACH AND KHTIKIAN
                                              Kimberly A. Hancock
27                                            Attorney for Plaintiffs

28

Case 3:07-cv-03511-EDL    Document 24    Filed 02/01/2008    Page 1 of 2

1    Kent Khtikian, Esq. (#99843)
     Kimberly A. Hancock Esq. (#205567)
2    Katzenbach and Khtikian
     1714 Stockton Street, Suite 300
3    San Francisco, California 94133-2930
     Telephone: (415) 834-1778
4    Facsimile: (415 834-1842

5    Attorney for Plaintiffs

6

7

8
                         UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11   TRUSTEES OF THE BRICKLAYERS LOCAL NO. )    CASE NO.  C 07-3511 EDL
     3 PENSION TRUST, et al.;              )
12                                         )    STIPULATION TO SET ASIDE
             Plaintiffs,                   )    DEFAULT OF STAR
13                                         )    INSURANCE COMPANY;
     vs.                                   )    ORDER THEREON
14                                         )
     DARRAGH CORPORATION, a Texas          )
15   corporation, et al;                   )
                                           )
16           Defendants.                   )
     _____)
17

18           WHEREAS Plaintiffs served Defendant Star Insurance with the Complaint and Summons

19   in the action on July 18, 2007; and

20           WHEREAS Star Insurance failed to respond to the Complaint in a timely manner; and

21           WHEREAS the clerk entered default against Star Insurance on December 11, 2007; and

22           WHEREAS Star Insurance contacted Plaintiffs' attorney for the first time in December

23   2007 and requested that the default be set aside;

24           IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant STAR

25   INSURANCE COMPANY ("Star Insurance") that:

26       The default entered against Star Insurance on December 11, 2007 be set aside.  Within five (5)

27   days of the entry of order setting aside the default and notice provided to counsel for Star,

28   Defendant Star Insurance will file and serve its Answer to the Complaint.

EXHIBIT

1

STIPULATION TO SET ASIDE DEFAULT OF STAR INSURANCE COMPANY; ORDER THEREON

1

2

3    Dated: ~~January~~ 2-7 2008

4                                          KATZENBACH AND KHTIKIAN
                                           Kimberly A. Hancock
5                                          Attorney for Plaintiffs

6

7    Dated: ~~January~~ 2-5 2008

8                                          LAW OFFICE OF DEAN P. SPERLING
                                           Dean P. Sperling
9                                          Attorney for Defendant Star Insurance
                                           Company
10

11

12

13   IT IS SO ORDERED.

14

15

16

17   Date: 2/7/08

18                                         The Honorable Elizabeth D. Laporte
                                           Judge, United States District Court
19                                         Northern District of California

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE BY MAIL**

2      I am a resident of the County of San Francisco, California.  I am over the age of

3  eighteen years and not a party to this action.  My business address is Katzenbach &

4  Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133.  On February

5  8, 2008, I served a true copy of the foregoing document described as:

6

7  **NOTICE OF ENTRY OF ORDER SETTING ASIDE DEFAULT OF DEFENDANT STAR INSURANCE COMPANY**

8  by placing a true copy thereof enclosed in a sealed envelope with first class mail postage

9  thereon fully prepaid in the United States Mail at San Francisco, California, addressed as

10  follows:

11

12  Dean P. Sterling, Esq.
   Law Office of Dean Sperling
13  201 E. Sandpointe, Suite 220
   Santa Ana, CA 92707

14

15      I declare under penalty of perjury that the forgoing is true and correct, and that

16  this declaration was executed on February 8, 2008 in San Francisco, California.

17

18  _____
   Esther Kim

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE - 1