Raphael L. Rosingana (State Bar #05447)
Rosingana & Associates
PO Box 1365
Loomis CA  95650-1365
(916) 652-4357

Attorney for Defendants,
DARRAGH CORPORATION, etc., DARRAGH DIMENSIONAL
STONE, JOHN DARRAGH BEVAN

FILED

FEB X 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE BRICKLAYERS LOCAL
NO. 3 PENSION TRUST, et al.,

Plaintiff(s),

v.

DARRAGH CORPORATION, a Texas
corporation; et al.,

Defendant(s).

No. C 07 3511 EDL

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 6, 2008

Signature  Raphael L. Rosingana

Counsel for Defendants,
(Plaintiff, Defendant or indicate "pro se")
DARRAGH CORPORATION, a Texas
corporation; DARRAGH
DIMENSIONAL STONE, a California
corporation; JOHN DARRAGH BEVAN

UNITED STATES DISTRICT COURT

For the Northern District of California

Consent to Proceed before a United States Magistrate Judge