# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Trustees of the Bricklayers Local No. 3 Pension, <br><br>             Plaintiff(s), <br><br>     v. <br><br> Darragh Corporation, <br><br>             Defendant(s). | 07-03511 EDL MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robert Weems**
Baum & Weems
Fair-Anselm Plaza, 2d Fl. West
751 Center Blvd.
Fairfax, CA 94930
(415) 259-0294

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03511 EDL MED                               - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: March 11, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03511 EDL MED                 - 2 -