Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock, Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.<br><br>  Plaintiffs,<br><br>vs.<br><br>DARRAGH CORPORATION, et al.<br><br>  Defendants. | Case No.: C 07-03511 EDL<br><br>DECLARATION OF KIMBERLY A. HANCOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS<br><br>Date: July 15, 2008<br>Time: 9:00 a.m.<br>Courtroom E, 15th Floor<br>San Francisco Courthouse<br>450 Golden Gate Ave., SF<br><br>Judge: Hon. Elizabeth Laporte |

I, KIMBERLY A. HANCOCK, declare under penalty of perjury as follows:

1.  I am an attorney licensed to practice law in California, admitted to practice in this Court and am counsel for plaintiffs in this action. I am giving this declaration in support of plaintiffs' motion to compel discovery responses and for sanctions.

2.  On January 31, 2008, our office served by mail the following discovery upon defendants' counsel of record, Raphael Rosingana:

Special Interrogatories (Set One) Directed to Defendant Darragh Corporation;

Special Interrogatories (Set One) Directed to Defendant Darragh Dimensional Stone;

Special Interrogatories (Set One) Directed to Defendant John Darragh Bevan;

Requests for Production of Documents (Set One) Directed to Defendant Darragh

Corporation;

Requests for Production of Documents (Set One) Directed to Defendant Darragh Dimensional Stone;

Requests for Admission (Set One) Directed to Defendant Darragh Corporation; and

Requests for Admission (Set One) Directed to Defendant Darragh Dimensional Stone.

3. Responses to the discovery requests described in paragraph 2 above were originally due by March 6, 2008. In light of settlement discussions between the parties at that time, plaintiffs extended defendants' time within which to respond to the discovery requests until April 11, 2008. Although the parties reached a purported settlement agreement, Defendant failed to perform on the settlement agreement reached by the parties during this time, and failed to respond to the discovery requests by April 11, 2008. Defendants' counsel never requested an extension of time or communicated with me in any way regarding the discovery responses.

4. On May 15, 2008, I wrote to counsel for defendants to meet and confer pursuant to Fed. Rule of Civ. Proc. 37(a)(1) and Local Rule 37-1(a) regarding defendants' failure to respond to plaintiffs' discovery responses by the extended due date, April 11, 2008. I advised Mr. Rosingana of plaintiffs' position that by failing to respond to the discovery requests by the due date, that defendants had waived all objections and that all requests for admissions were now deemed admitted. I further advised that defendants must serve their responses to the Special Interrogatories and the Requests for Production of Documents by no later than May 29, 2008 or that plaintiffs would seek a court order compelling the discovery responses and request sanctions against defendants' and defendants' counsel. A true and correct copy of my May 15, 2008 letter to Mr. Rosingana is attached hereto as <u>Exhibit A</u>.

5. Mr. Rosingana did not respond to my May 15, 2008 meet and confer letter and did not serve our office with defendants' responses to the Special Interrogatories and Requests for Production of Documents, nor any documents responsive to the Requests for Production of Documents, by May 29, 2008.

6. By letter dated May 15, 2008 I attempted to meet and confer with Mr. Rosingana regarding scheduling convenient deposition dates for defendants. Mr. Rosingana never

1  responded to my May 15, 2008 letter.   A true and correct copy of my May 15, 2008 letter to
2  Raphael Rosingana regarding scheduling depositions is attached hereto as Exhibit B.
3      7.   By letter dated June 4, 2008 I attempted to meet and confer again with Mr.
4  Rosingana regarding scheduling convenient deposition dates for defendants.  In addition, I
5  requested that Mr. Rosingana stipulate to an extension of the discovery cutoff deadline given the
6  delay in the case to defendants' failure to perform on settlement agreements.  Mr. Rosingana has
7  not replied to my June 4, 2008 letter.  A true and correct copy of my June 4, 2008 letter to
8  Raphael Rosingana is attached hereto as Exhibit C.
9      8.   Because of defendants failure to respond to the discovery requests summarized in
10 paragraph 1 herein, plaintiffs have incurred and will incur reasonable costs and attorneys fees for
11 bringing this motion and the Motion to Compel Discovery Responses, in the amount of
12 approximately $5,510, itemized as follows:
13     I spent approximately 12 hours drafting this motion and the Motion to Compel Discovery
14     Responses filed herewith.  I anticipate that I will spend an additional 5 hours preparing
15     plaintiffs' reply briefs in support of this motion and the Motion to Compel Discovery
16     Responses and another 2  hours attending the hearing on this matter, for a total of
17     approximately 19 hours.  My hourly rate is $290 per hour.  I therefore anticipate
18     plaintiffs' will incure $5,510 in attorneys' fees for this motion and the Motion to Compel
19     Discovery Responses filed herewith.
20     9.    I am an associate in the office of Katzenbach and Khtikian.  I have an
21 undergraduate degree from the University of California, Berkeley (B.A. 1988), and a law degree
22 from Boalt Hall School of Law, University of California, Berkeley (J.D. 1999).  I was admitted
23 to the California State Bar in December 1999.  After graduating from law school, I was
24 employed as an associate attorney with the firm Pillsbury Winthrop (now Pillsbury) where I
25 represented high technology companies in with respect to technology licensing and related
26 commercial transactions as well as litigation matters.  I joined Katzenbach and Khtikian in
27 February 2003 and have since specialized in labor and employment litigation, including ERISA
28

actions.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on June 10, 2008 in San Francisco, California.

/S/ Kimberly A. Hancock
Kimberly A. Hancock

# Exhibit A

# KATZENBACH AND KHTIKIAN
### ATTORNEYS AT LAW
1714 STOCKTON STREET
SUITE 300
SAN FRANCISCO, CALIFORNIA 94133-2930
TELEPHONE (415) 834-1778
FACSIMILE (415) 834-1842

CHRISTOPHER W. KATZENBACH
W. KENT KHTIKIAN
KIMBERLY A. HANCOCK

May 15, 2008

<u>VIA FACSIMILE & U.S. MAIL</u>
Fax No.: (916) 652-9433

Raphael Rosingana
P.O. Box 1365
Loomis, CA 95650

Re:  *Trustees of the Bricklayers Local No. 3 Pension Trust et al. v. Darragh Corporation, et al.*, United States District Court, Northern District of California, Case No. C 07 3511 EDL

Dear Mr. Rosingana:

This is to meet and confer pursuant to Fed. Rule of Civ. Proc.37(a)(1) and Local Rule 37-1(a).

On January 31, 2008, plaintiffs served defendants with the following discovery requests:

1. Special Interrogatories (Set One) Directed to Defendant Darragh Corporation;

2. Special Interrogatories (Set One) Directed to Defendant Darragh Dimensional Stone;

3. Special Interrogatories (Set One) Directed to Defendant John Darragh Bevan;

4. Request for Production of Documents (Set One) Directed to Defendant Darragh Corporation;

5. Request for Production of Documents (Set One) Directed to Defendant Darragh Dimensional Stone;

6. Requests for Admission (Set One) Directed to Defendant Darragh Corporation; and

7. Requests for Admission (Set One) Directed to Defendant Darragh Dimensional Stone.

Responses to the above-described discovery requests were due by March 6, 2008. In light of the settlement discussions between the parties at that time, plaintiffs granted an extension to defendants an extension of time to respond to the discovery requests until April 11, 2008. The parties have not settled this matter and defendants have failed to serve any responses to the above-described discovery requests by the deadline agreed to by plaintiffs.

By failing to respond by the due date, defendants have waived all objections to the discovery requests (Fed. Rule of Civ. Proc. 33(b)(4)) and all requests for admissions are now deem admitted (Fed. Rule of Civ. Proc. 36(a)).

Raphael Rosingana                                                                                                     2
*Brick 3 Trusts v. Darragh Corporation et al.*
May 15, 2008

      Plaintiffs demand that responses to the outstanding Special Interrogatories and Requests for Production of Documents (discovery items 1-5 described above) be served upon this office by no later than May 29, 2008. If defendants fail to service responses to the Special Interrogatories and Request for Production of Documents, plaintiffs will immediately move for a Court order compelling the responses and request sanctions against defendants and defendants' counsel pursuant to Fed. Rule of Civ. Proc. 37(a)(5)(A) and Local Rule 37-3.

                                Sincerely,

                                Kimberly Hancock

TO:        Raphael Rosingana

FAX:       (916) 652-9433

FROM:      Kimberly Hancock

DATE:      May 15, 2008

Re: *Trustees of the Bricklayers Local No. 3 Pension Trust, et al., v. Darragh Corporation, et al.*
United States District Court, Northern District of California, Case No. C 07-3511 EDL

TOTAL PAGES (including this page):    3

The following documents are being sent to you:

1. Letter to Mr. Rosingana from Kimberly Hancock dated May 15, 2008

**Additional comments:**

Original **WILL** follow by U.S. Mail.

NOTICE: The information contained in the documents transmitted with this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of these documents is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original documents to us at the address above by the United States Postal Service. Thank you.

**HP Fax K1220**

Log for
KATZENBACH & KHTIKIAN
14158341842
May 15 2008 2:23pm

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| May 15 | 2:22pm | Fax Sent | 19166529433-008 | 0:50 | 3 | OK |

# Exhibit B

## KATZENBACH AND KHTIKIAN
ATTORNEYS AT LAW
1714 STOCKTON STREET
SUITE 300
SAN FRANCISCO, CALIFORNIA 94133-2930
TELEPHONE (415) 834-1778
FACSIMILE (415) 834-1842

CHRISTOPHER W. KATZENBACH
W. KENT KHTIKIAN
KIMBERLY A. HANCOCK

May 15, 2008

**VIA FACSIMILE & U.S. MAIL**
Fax No.: (916) 652-9433

Raphael Rosingana
P.O. Box 1365
Loomis, CA 95650

Re:  *Trustees of the Bricklayers Local No. 3 Pension Trust et al. v. Darragh Corporation, et al.*, United States District Court, Northern District of California, Case No. C 07 3511 EDL

Dear Mr. Rosingana:

   This is to confer pursuant to Local Rule 30-1 regarding scheduling the depositions of defendants John Darragh Bevan and the person most knowledgeable from Darragh Dimensional Stone pursuant to Fed. Rule of Civ. Proc. 30(b)(6) regarding (i) the corporate and financial management of Darragh Dimensional Stone, and (ii) jobs worked by Darragh Dimensional Stone during the period from December 1, 2003 through the present, including without limitation knowledge of clients, job addresses, contract terms, and employees.

   Please advise me by no later than May 19, 2008 on which date(s) during the week of 23, 2008 that John Darragh Bevan and the representative from Darragh Dimensional Stone will be available for deposition to take place in our office.

Sincerely,

*Kimberly Hancock*
Kimberly Hancock

**KATZENBACH AND KHTIKIAN**
ATTORNEYS AT LAW
1714 STOCKTON STREET
SUITE 300
SAN FRANCISCO, CALIFORNIA 94133-2930
TELEPHONE (415) 834 1778
FACSIMILE (415) 834 1842

TRANSMITTAL COVER MEMO

TO:      Raphael Rosingana

FAX:     (916) 652-9433

FROM:    Kimberly Hancock

DATE:    May 15, 2008

Re:  *Trustees of the Bricklayers Local No. 3 Pension Trust, et al., v. Darragh Corporation, et al.*
United States District Court, Northern District of California, Case No. C 07-3511 EDL

TOTAL PAGES (including this page):     2

The following documents are being sent to you:

1. Letter to Mr. Rosingana from Kimberly Hancock dated May 15, 2008

**Additional comments:**

Original **WILL** follow by U.S. Mail.

NOTICE: The information contained in the documents transmitted with this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of these documents is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original documents to us at the address above by the United States Postal Service. Thank you.

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| May 15 | 3:11pm | Fax Sent | 19166529433-008 | 0:37 | 2 | OK |

# Exhibit C

## KATZENBACH AND KHTIKIAN
ATTORNEYS AT LAW
1714 STOCKTON STREET
SUITE 300
SAN FRANCISCO, CALIFORNIA 94133-2930
TELEPHONE (415) 834-1778
FACSIMILE (415) 834-1842

CHRISTOPHER W. KATZENBACH
W. KENT KHTIKIAN
KIMBERLY A. HANCOCK

June 4, 2008

**VIA FACSIMILE & U.S. MAIL**
Fax No.: (916) 652-9433

Raphael Rosingana
P.O. Box 1365
Loomis, CA 95650

Re: *Trustees of the Bricklayers Local No. 3 Pension Trust et al. v. Darragh Corporation, et al.*, United States District Court, Northern District of California, Case No. C 07 3511 EDL

Dear Mr. Rosingana:

Please find enclosed deposition notices for John Bevan and the persons most knowledgeable from Darragh Corporation and Darragh Dimensional Stone to take place on July 9 and 10. As I never heard back from you regarding convenient dates for the depositions, please let me know if there will be any conflict with these dates.

There has been significant delay in this case due to defendants' failure to follow through on two separate settlement agreements. I renew my request for defendants to stipulate to an extension of the discovery cutoff deadline. Please advise me immediately if you will stipulate to such an extension and I will forward you a draft stipulation.

Sincerely,

Kimberly Hancock

encl.

**KATZENBACH AND KHTIKIAN**
ATTORNEYS AT LAW
1714 STOCKTON STREET
SUITE 300
SAN FRANCISCO, CALIFORNIA 94133-2930
TELEPHONE (415) 834 1778
FACSIMILE (415) 834 1842

TRANSMITTAL COVER MEMO

TO:      Raphael Rosingana

FAX:     (916) 652-9433

FROM:    Kimberly A. Hancock

DATE:    June 4, 2008

Re: *Trustees of the Bricklayers Local No. 3 et al v. Darragh Corporation, et al.*
United States District Court, Northern District of California, Case No. C 07 3511 EDL

TOTAL PAGES (including this page):    13

The following documents are being sent to you:

1. Letter to Mr. Rosingana from Kimberly Hancock dated June 4, 2008;
2. Notice of Deposition Rule 30(b)(6) and Request for Documents;
3. Notice of Deposition Rule 30(b)(6);
4. Notice of Deposition John Darragh Bevan.

**Additional comments:**

ORIGINAL **WILL** FOLLOW BY U.S. MAIL

NOTICE: The information contained in the documents transmitted with this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of these documents is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original documents to us at the address above by the United States Postal Service. Thank you.

**HP Fax K1220**

**Log** for
KATZENBACH & KHTIKIAN
14158341842
Jun 04 2008 3:37pm

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 4 | 3:34pm | Fax Sent | 19166529433-008 | 3:33 | 13 | OK |