Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock, Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DARRAGH CORPORATION, et al.<br><br>　　　　Defendants. | Case No.: C 07-03511 EDL<br><br>[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS<br>[Fed. Rule Civ. Proc. 37(d)]<br><br>Date: July 15, 2008<br>Time: 9:00 a.m.<br>Courtroom E, 15th Floor<br>San Francisco Courthouse<br>450 Golden Gate Ave., SF<br><br>Judge: Hon. Elizabeth Laporte |

　　　　This matter is before the Court on Plaintiffs' Motion for Discovery Sanctions. The Court, having considered the arguments of counsel and the papers submitted in support of and in opposition to this motion, HEREBY ORDERS THAT:

　　　　1. Plaintiffs Motion for Discovery Sanctions is hereby GRANTED.

　　　　2. Defendants DARRAGH CORPORATION, DARRAGH DIMENSIONAL STONE, JOHN DARRAGH BEVAN, and their counsel of record, RAPHAEL ROSINGANA shall pay to plaintiffs their reasonable attorney fees in the sum of $5,510 incurred as a result of defendants' failure to respond to plaintiffs' special interrogatories (set one) and requests for production of documents (set one) and to meet and confer.

///

///

1    4.  As an additional sanction, defendants DARRAGH CORPORATION, DARRAGH
DIMENSIONAL STONE, JOHN DARRAGH BEVAN shall be prohibited from opposing
plaintiffs' alter ego claims at trial.

Date: _____

_____
The Honorable Elizabeth Laporte
Judge, United States District Court