# Exhibit 1

KATZENBACH AND KHTIKIAN
ATTORNEYS AT LAW
1714 STOCKTON STREET
SUITE 300
SAN FRANCISCO, CALIFORNIA 94133-2930
TELEPHONE (415) 834-1778
FACSIMILE (415) 834-1842

CHRISTOPHER W. KATZENBACH
W. KENT KHTIKIAN
KIMBERLY A. HANCOCK

May 15, 2008

<u>VIA FACSIMILE & U.S. MAIL</u>
Fax No.: (916) 652-9433

Raphael Rosingana
P.O. Box 1365
Loomis, CA 95650

Re:   *Trustees of the Bricklayers Local No. 3 Pension Trust et al. v.*
      *Darragh Corporation, et al.*, United States District Court,
      Northern District of California, Case No. C 07 3511 EDL

Dear Mr. Rosingana:

      This is to meet and confer pursuant to Fed. Rule of Civ. Proc.37(a)(1) and Local Rule 37-1(a).

      On January 31, 2008, plaintiffs served defendants with the following discovery requests:

1. Special Interrogatories (Set One) Directed to Defendant Darragh Corporation;

2. Special Interrogatories (Set One) Directed to Defendant Darragh Dimensional Stone;

3. Special Interrogatories (Set One) Directed to Defendant John Darragh Bevan;

4. Request for Production of Documents (Set One) Directed to Defendant Darragh Corporation;

5. Request for Production of Documents (Set One) Directed to Defendant Darragh Dimensional Stone;

6. Requests for Admission (Set One) Directed to Defendant Darragh Corporation; and

7. Requests for Admission (Set One) Directed to Defendant Darragh Dimensional Stone.

      Responses to the above-described discovery requests were due by March 6, 2008. In light of the settlement discussions between the parties at that time, plaintiffs granted an extension to defendants an extension of time to respond to the discovery requests until April 11, 2008. The parties have not settled this matter and defendants have failed to serve any responses to the above-described discovery requests by the deadline agreed to by plaintiffs.

      By failing to respond by the due date, defendants have waived all objections to the discovery requests (Fed. Rule of Civ. Proc. 33(b)(4)) and all requests for admissions are now deem admitted (Fed. Rule of Civ. Proc. 36(a)).

Raphael Rosingana                                                                                                        2
*Brick 3 Trusts v. Darragh Corporation et al.*
May 15, 2008

      Plaintiffs demand that responses to the outstanding Special Interrogatories and Requests for Production of Documents (discovery items 1-5 described above) be served upon this office by no later than May 29, 2008. If defendants fail to service responses to the Special Interrogatories and Request for Production of Documents, plaintiffs will immediately move for a Court order compelling the responses and request sanctions against defendants and defendants' counsel pursuant to Fed. Rule of Civ. Proc. 37(a)(5)(A) and Local Rule 37-3.

                              Sincerely,

                              Kimberly Hancock

TO: Raphael Rosingana

FAX: (916) 652-9433
FROM: Kimberly Hancock

DATE: May 15, 2008

Re: *Trustees of the Bricklayers Local No. 3 Pension Trust, et al., v. Darragh Corporation, et al.*
United States District Court, Northern District of California, Case No. C 07-3511 EDL

TOTAL PAGES (including this page):   3

The following documents are being sent to you:

1. Letter to Mr. Rosingana from Kimberly Hancock dated May 15, 2008

**Additional comments:**

Original **WILL** follow by U.S. Mail.

NOTICE: The information contained in the documents transmitted with this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of these documents is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original documents to us at the address above by the United States Postal Service. Thank you.

**HP Fax K1220**

Log for
KATZENBACH & KHTIKIAN
14158341842
May 15 2008 2:23pm

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| May 15 | 2:22pm | Fax Sent | 19166529433-008 | 0:50 | 3 | OK |