# Exhibit 7

```
 1 | Kent Khtikian, Esq. (#99843)
   | Kimberly A. Hancock, Esq. (#205567)
 2 | Katzenbach and Khtikian
   | 1714 Stockton Street, Suite 300
 3 | San Francisco, California 94133-2930
   | Telephone: (415) 834-1778
 4 | Facsimile: (415 834-1842

 5 | Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al. | ) Case No.: C 07-03511 EDL )  )  |
| Plaintiffs, | ) PROOF OF SERVICE ) |
| vs. | ) ) |
| DARRAGH CORPORATION, et al. | ) ) |
| Defendants. | ) ) ) |

See Attached Proof of Service.

PROOF OF SERVICE

# PROOF OF SERVICE BY MAIL

I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. On January 31, 2008, I served a true copy of the foregoing documents described as:

**REQUESTS FOR ADMISSION (SET ONE) DIRECTED TO DEFENDANT DARRAGH CORPORATION;**

**REQUESTS FOR ADMISSION (SET ONE) DIRECTED TO DEFENDANT DARRAGH DIMENSIONAL STONE;**

**SPECIAL INTERROGATORIES (SET ONE) DIRECTED TO DEFENDANT DARRAGH CORPORATION;**

**SPECIAL INTERROGATORIES (SET ONE) DIRECTED TO DEFENDANT DARRAGH DIMENSIONAL STONE;**

**SPECIAL INTERROGATORIES (SET ONE) DIRECTED TO DEFENDANT JOHN DARRAGH BEVAN;**

**REQUESTS FOR PRODUCTION OF DOCUMENTS (SET ONE) DIRECTED TO DEFENDANT DARRAGH CORPORATION; and**

**REQUESTS FOR PRODUCTION OF DOCUMENTS (SET ONE) DIRECTED TO DEFENDANT DARRAGH DIMENSIONAL STONE;**

by placing true copies thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

Raphael Louis Rosingana
Rosingana & Associates
PO Box 1365
Loomis, CA 95650

I declare under penalty of perjury that the forgoing is true and correct, and that this declaration was executed on January 31, 2008 in San Francisco, California.

_____
Esther Kim

PROOF OF SERVICE - 1