Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock, Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>DARRAGH CORPORATION, et al.<br><br>    Defendants. | Case No.: C 07-03511 EDL<br><br>[Proposed] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES<br><br>Date: July 15, 2008<br>Time: 9:00 a.m.<br>Courtroom E, 15th Floor<br>San Francisco Courthouse<br>450 Golden Gate Ave., SF<br><br>Judge: Hon. Elizabeth Laporte |

    This matter is before the Court on Plaintiffs' Motion to Compel Discovery Responses. The Court, having considered the arguments of counsel and the papers submitted in support of and in opposition to this motion, HEREBY ORDERS THAT:

    1. Plaintiffs Motion to Compel Discovery Responses is hereby GRANTED.

    2. The Court finds that Plaintiffs discovery requests set forth in Special Interrogatories (Set One) Directed to Defendant Darragh Corporation; Special Interrogatories (Set One) Directed to Defendant Darragh Dimensional Stone; Special Interrogatories (Set One) Directed to Defendant John Darragh Bevan; Requests for Production of Documents (Set One) Directed to Defendant Darragh Corporation; and Requests for Production of Documents (Set One) Directed to Defendant Darragh Dimensional Stone explore material issues relevant to plaintiffs' claims.

    3. The Court finds that Defendants failure to respond to the discovery summarized in paragraph 1 above is without substantial justification.

1  4. WHEREFORE, Within 10 days from the date of this Order, defendants DARRAGH
CORPORATION, DARRAGH DIMENSIONAL STONE and JOHN DARRAGH BEVAN, shall
serve upon plaintiffs' counsel, without objections, responses to the following discovery requests:

Special Interrogatories (Set One) Directed to Defendant Darragh Corporation;

Special Interrogatories (Set One) Directed to Defendant Darragh Dimensional Stone;

Special Interrogatories (Set One) Directed to Defendant John Darragh Bevan;

Requests for Production of Documents (Set One) Directed to Defendant Darragh Corporation; and

Requests for Production of Documents (Set One) Directed to Defendant Darragh Dimensional Stone.

3. Within 10 days from the date of this Order, defendants DARRAGH CORPORATION, DARRAGH DIMENSIONAL STONE shall provide to plaintiffs' counsel all documents responsive to all document requests set forth in:

Requests for Production of Documents (Set One) Directed to Defendant Darragh Corporation; and

Requests for Production of Documents (Set One) Directed to Defendant Darragh Dimensional Stone.

Date: _____

_____
The Honorable Elizabeth Laporte
Judge, United States District Court