```
Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock, Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>DARRAGH CORPORATION, et al.<br><br>Defendants. | Case No.: C 07-03511 EDL<br><br>DECLARATION OF KIMBERLY A. HANCOCK IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES<br><br>Date: July 15, 2008<br>Time: 9:00 a.m.<br>Courtroom E, 15th Floor<br>San Francisco Courthouse<br>450 Golden Gate Ave., SF<br><br>Judge: Hon. Elizabeth Laporte |

I, KIMBERLY A. HANCOCK, declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in California, admitted to practice in this Court and am counsel for plaintiffs in this action. I am giving this declaration in support of plaintiffs' motion to compel discovery responses and for sanctions.

2. On January 31, 2008, our office served by mail the following discovery upon defendants' counsel of record, Raphael Rosingana:

Special Interrogatories (Set One) Directed to Defendant Darragh Corporation;

Special Interrogatories (Set One) Directed to Defendant Darragh Dimensional Stone;

Special Interrogatories (Set One) Directed to Defendant John Darragh Bevan;

Requests for Production of Documents (Set One) Directed to Defendant Darragh

1   Corporation;

2   Requests for Production of Documents (Set One) Directed to Defendant Darragh

3   Dimensional Stone;

4   Requests for Admission (Set One) Directed to Defendant Darragh Corporation; and

5   Requests for Admission (Set One) Directed to Defendant Darragh Dimensional Stone.

6       3.    Responses to the discovery requests described in paragraph 2 above were originally due by March 6, 2008. In light of settlement discussions between the parties at that time, plaintiffs extended defendants' time within which to respond to the discovery requests until April 11, 2008. Although the parties reached a purported settlement agreement, Defendant failed to perform on the settlement agreement reached by the parties during this time, and failed to respond to the discovery requests by April 11, 2008.

    4.    On May 15, 2008, I wrote to counsel for defendants to meet and confer pursuant to Fed. Rule of Civ. Proc. 37(a)(1) and Local Rule 37-1(a) regarding defendants' failure to respond to plaintiffs' discovery responses by the extended due date, April 11, 2008. I advised Mr. Rosingana of plaintiffs' position that by failing to respond to the discovery requests by the due date, that defendants had waived all objections and that all requests for admissions were now deemed admitted. I further advised that defendants must serve their responses to the Special Interrogatories and the Requests for Production of Documents by no later than May 29, 2008 or that plaintiffs would seek a court order compelling the discovery responses and request sanctions against defendants' and defendants' counsel. A true and correct copy of my May 15, 2008 letter to Mr. Rosingana is attached hereto as <u>Exhibit 1</u>.

    5.    Mr. Rosingana did not respond to my meet and confer letter and did not serve our office with defendants' responses to the Special Interrogatories and Requests for Production of Documents, nor any documents responsive to the Requests for Production of Documents, by May 29, 2008.

    6.    Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Special Interrogatories (Set One) Directed to Defendant Darragh Corporation.

    7.    Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Special Interrogatories

1   (Set One) Directed to Defendant Darragh Dimensional Stone.

2       8.   Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Special Interrogatories

3   (Set One) Directed to Defendant John Darragh Bevan.

4       9.   Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Requests for Production

5   of Documents (Set One) Directed to Defendant Darragh Corporation.

6       10.   Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Requests for Production

7   of Documents (Set One) Directed to Defendant Darragh Dimensional Stone.

8       11.   Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the Proof of Service for

9   <u>Exhibits 2-6</u> herein.

10   I declare under penalty of perjury under the laws of the state of California that the

11   foregoing is true and correct.

12   Executed on June 10, 2008 in San Francisco, California.

14                           /S/ Kimberly A. Hancock
                             Kimberly A. Hancock