**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DARRAGH CORPORATION<br><br>    Defendant.<br>_____/ | No. 07-03511 EDL<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiffs' Motion to Compel and Motion for Discovery Sanctions, noticed for July 15, 2008, has been continued to July 22, 2008 at 9:30 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. The further case management conference scheduled for July 8, 2008 has been continued to the motion hearing date of July 22, 2008. An updated joint case management conference statement shall be filed no later than July 15, 2008.

Dated: June 12, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy