```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California 94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842

 5  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.;<br><br>    Plaintiffs,<br><br>vs.<br><br>DARRAGH CORPORATION, a Texas corporation, et al;<br><br>    Defendants. | CASE NO. C 07-3511 EDL<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT AND PRETRIAL ORDER DISCOVERY AND DISPOSITIVE MOTION DATES; ORDER THEREON |

WHEREAS this Court entered its Case Management and Pretrial Order on February 6, 2008, setting trial, pretrial conference, dispositive motions and discovery cut-off dates;

WHEREAS due to defendants' counsel's trial schedule, the parties have been unable to schedule depositions dates for defendants that are convenient to all parties and counsel prior to the current discovery deadline;

WHEREAS to avoid prejudice to any party in preparing its case for trial and to allow discovery to be completed;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants through their attorneys of record that:

The following dates set forth in the Court's February 6, 2008 Case Management and

1  Pretrial Order be continued for a period of thirty (30) days as indicated below:

| Event: | Continued To: |
|---|---|
| Non-Expert Discovery Cut-Off | August 11, 2008 |
| Expert Discovery Cut-Off | August 11, 2008 |
| Initial Expert Disclosure | June 30, 2008 |
| Rebuttal Expert Disclorue | July 16, 2008 |
| Last Day to Hear Dispositive Motions | October 20, 2008 |

The Pretrial Conference date and Trial date shall remain as set forth in the Court's February 6, 2008 Case Management and Pretrial Order.

Dated: ~~May~~ 7-1 2008

KATZENBACH AND KHTIKIAN
Kimberly A. Hancock
Attorney for Plaintiffs

Dated: May ___ 2008

ROSINGANA & ASSOCIATES
Raphael L. Rosingana
Attorney for Defendants Corporation, Darragh Dimensional Stone and John Darragh Bevan

Dated: ~~May~~ 7-1 2008

LAW OFFICE OF DEAN P. SPERLING
Dean P. Sperling
Attorney for Defendant Star Insurance Company

IT IS SO ORDERED.

Date:_____

The Honorable Elizabeth D. Laporte
Judge, United States District Court
Northern District of California

STIPULATION TO CONTINUE CASE MANAGEMENT AND PRETRIAL ORDER DISCOVERY AND DISPOSITIVE MOTION DATES; ORDER THEREON     2

Pretrial Order be continued for a period of thirty (30) days as indicated below:

| From: | Continued To: |
|---|---|
| Non-Expert Discovery Cut-Off | August 11, 2008 |
| Expert Discovery Cut-Off | August 11, 2008 |
| Initial Expert Disclosure | June 30, 2008 |
| Rebuttal Expert Discloure | July 16, 2008 |
| Last Day to Hear Dispositive Motions | October 20, 2008 |

The Pretrial Conference date and Trial date shall remain as set forth in the Court's February 6, 2008 Case Management and Pretrial Order.

Dated: May ____ 2008

KATZENBACH AND KHTIKIAN
Kimberly A. Hancock
Attorney for Plaintiffs

Dated: May 27 2008

ROSINGANA & ASSOCIATES
Raphael L. Rosingana
Attorney for Defendants
Corporation, Darragh Dimensional Stone
and John Darragh Bevan

Dated: May ____ 2008

LAW OFFICE OF DEAN P. SPERLING
Dean P. Sperling
Attorney for Defendant Star Insurance Company

IT IS SO ORDERED.

Date:_____

The Honorable Elizabeth D. Laporte
Judge, United States District Court
Northern District of California
STIPULATION TO CONTINUE CASE MANAGEMENT AND PRETRIAL ORDER DISCOVERY AND DISPOSITIVE MOTION DATES; ORDER THEREON        2
06-27-'08 16:16 FROM-ROSINGANA & ASSOC. 9166529433 T-105 P03/03 U-401