IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>DARRAGH CORPORATION,<br><br>  Defendant. | No. C-07-03511 EDL<br><br>**ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT AND PRETRIAL ORDER DATES** |

The parties submitted a stipulation to continue discovery cut-off and dispositive motion dates on July 1, 2008. However, the proposed schedule does not leave sufficient time for the Court to rule on dispositive motions before the parties' pre-trial filings are due and before the pretrial conference is held. The parties may propose another stipulated alternative schedule that leaves more time between the dispositive motion hearing date and the pretrial conference. Alternatively, the parties may come prepared to discuss rescheduling options at the upcoming case management conference on July 22, 2008.

**IT IS SO ORDERED.**

Dated: July 2, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge