Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.;<br><br>        Plaintiffs,<br><br>vs.<br><br>DARRAGH CORPORATION, a Texas corporation, et al;<br><br>        Defendants. | CASE NO.  C 07-3511 EDL<br><br>NOTICE OF SETTLEMENT |

   Notice is hereby given that Plaintiffs have settled this matter with the remaining defendants: DARRAGH CORPORATION, DARRAGH DIMENSIONAL STONE, JOHN DARRAGH BEVAN, and STAR INSURANCE COMPANY.  Plaintiffs are waiting for (i) payment from defendants DARRAGH CORPORATION, DARRAGH DIMENSIONAL STONE, and JOHN DARRAGH BEVAN to clear the bank, and (ii) payment from STAR INSURANCE COMPANY.  Plaintiffs expect to be able to file dismissals for defendants DARRAGH CORPORATION, DARRAGH DIMENSIONAL STONE, and JOHN DARRAGH BEVAN by no later than July 15, 2008.  Plaintiffs expect to receive settlement payment from defendant

///

///

///

1  STAR INSURANCE COMPANY by July 18, 2008, and to be able to file a dismissal for STAR
2  INSURANCE COMPANY by no later than July 29, 2008.

4  Dated: July 8, 2008                                  KATZENBACH AND KHTIKIAN

6                                                       By: /S/ Kimberly A. Hancock
                                                             Kimberly A. Hancock
7                                                            Attorneys for Plaintiffs