```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842

 5  Attorney for Plaintiffs

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                NORTHERN DISTRICT OF CALIFORNIA

10  TRUSTEES OF THE BRICKLAYERS LOCAL NO. ) CASE NO. C-07-03511 EDL
    3 PENSION TRUST; TRUSTEES OF THE      )
11  BRICKLAYERS LOCAL NO. 3 HEALTH AND    )
    WELFARE TRUST; TRUSTEES OF THE        )
12  BRICKLAYERS AND ALLIED CRAFTS LOCAL   ) STIPULATION FOR
    NO. 3 APPRENTICE TRAINING TRUST;      ) DISMISSAL WITHOUT
13  INTERNATIONAL UNION OF                ) PREJUDICE
    BRICKLAYERS AND ALLIED CRAFTSMEN,     )
14  AFL-CIO, LOCAL UNION NO. 3, on behalf )
    of itself and as agent for            )
15  its members; TRUSTEES OF THE          )
    INTERNATIONAL UNION OF BRICKLAYERS AND )
16  ALLIED CRAFTSMEN PENSION FUND,        )
                                          )
17       Plaintiffs,                      )
                                          )
18  vs.                                   )
                                          )
19  DARRAGH CORPORATION, a Texas          )
    corporation; CNC CONTRACTORS, INC.,   )
20  dba SUNBELT CNC CONTRACTORS, a Texas  )
    corporation; DARRAGH DIMENSIONAL STONE,)
21  a California corporation; JOHN        )
    DARRAGH BEVAN; WESTERN SURETY COMPANY,)
22  a South Dakota corporation; STAR      )
    INSURANCE COMPANY, a Michigan         )
23  corporation;                          )
                                          )
24       Defendants.                      )
    _____)
25

26       Pursuant to FRCivP 41(a)(ii), the undersigned parties

27  through their counsel of record hereby stipulate to and request

28  the dismissal, without prejudice, of defendants DARRAGH
```

```
 1  CORPORATION, DARRAGH DIMENSIONAL STONE, and JOHN DARRAGH BEVAN
 2  from this action.
 3
 4  Dated: July 15, 2008            /S/ Kimberly A. Hancock
                                   Katzenbach and Khtikian
 5                                   Kimberly A. Hancock
                                   Attorney for PLAINTIFFS
 6
 7
 8  Dated: July   , 2008       _____
                                   Rosingana and Associates
 9                                    Raphael Rosingana
                                   Attorney for Defendants
10                                 DARRAGH CORPORATION, DARRAGH
                                   DIMENSIONAL STONE, and JOHN
11                                 DARRAGH BEVAN
12
13
14  Dated: July   , 2008       _____
                                   Law Office of Dean Sperling
                                   Attorney for Defendant
15                                 STAR INSURANCE COMPANY
16
...
28
```

```
 1 | CORPORATION, DARRAGH DIMENSIONAL STONE, and JOHN DARRAGH BEVAN
 2 | from this action.
 3 |
 4 | Dated: July 15, 2008           /S/ Kimberly A. Hancock
 5 |                                Katzenbach and Khtikian
                                    Kimberly A. Hancock
 6 |                                Attorney for PLAINTIFFS
 7 |
 8 | Dated: July 15, 2008           _____
 9 |                                Rosingana and Associates
                                    Raphael Rosingana
10 |                                Attorney for Defendants
                                    DARRAGH CORPORATION, DARRAGH
11 |                                DIMENSIONAL STONE, and JOHN
                                    DARRAGH BEVAN
12 |
13 |
14 | Dated: July   , 2008           _____
                                    Law Office of Dean Sperling
15 |                                Attorney for Defendant
                                    STAR INSURANCE COMPANY
16 |
17 |
...
28 |
```

```
 1 | CORPORATION, DARRAGH DIMENSIONAL STONE, and JOHN DARRAGH BEVAN
 2 | from this action.
 3 |
 4 | Dated: July 15, 2008           /S/ Kimberly A. Hancock
 5 |                                Katzenbach and Khtikian
                                    Kimberly A. Hancock
 6 |                                Attorney for PLAINTIFFS
 7 |
 8 | Dated: July    , 2008          _____
 9 |                                Rosingana and Associates
                                    Raphael Rosingana
10 |                                Attorney for Defendants
                                    DARRAGH CORPORATION, DARRAGH
11 |                                DIMENSIONAL STONE, and JOHN
                                    DARRAGH BEVAN
12 |
13 |
14 | Dated: July 15, 2008           [signature]
                                    Law Office of Dean Sperling
15 |                                Attorney for Defendant
                                    STAR INSURANCE COMPANY
```