# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Trustees of the Bricklayers Local No. 3 Pension Trust,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Darragh Corporation,<br><br>　　　　Defendant(s). | No. C 07-03511 EDL MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __4/28/08__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no   FOLLOWING SESSION

3. If the case did not settle fully, is any follow-up contemplated?  w/ FOLLOW UP w/ PARTIES
   - ☐ another session scheduled for (date) _____
   - ☐ phone discussions expected by (date) _____
   - ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

   Dated: __7/18/08__   _____
   
   Mediator, Robert Weems
   ~~Baum & Weems~~ Weems Law Offices
   Fair-Anselm Plaza, 2d Fl. West
   751 Center Blvd.
   Fairfax, CA 94930

Certification of ADR Session
07-03511 EDL MED