```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842

 5  Attorney for Plaintiffs

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10  TRUSTEES OF THE BRICKLAYERS LOCAL NO. ) CASE NO. C-07-03511 EDL
    3 PENSION TRUST; TRUSTEES OF THE      )
11  BRICKLAYERS LOCAL NO. 3 HEALTH AND    )
    WELFARE TRUST; TRUSTEES OF THE        )
12  BRICKLAYERS AND ALLIED CRAFTS LOCAL   ) STIPULATION FOR
    NO. 3 APPRENTICE TRAINING TRUST;      ) DISMISSAL WITH
13  INTERNATIONAL UNION OF                ) PREJUDICE
    BRICKLAYERS AND ALLIED CRAFTSMEN,     )
14  AFL-CIO, LOCAL UNION NO. 3, on behalf )
    of itself and as agent for            )
15  its members; TRUSTEES OF THE          )
    INTERNATIONAL UNION OF BRICKLAYERS AND)
16  ALLIED CRAFTSMEN PENSION FUND,        )
                                          )
17       Plaintiffs,                      )
                                          )
18  vs.                                   )
                                          )
19  DARRAGH CORPORATION, a Texas          )
    corporation; CNC CONTRACTORS, INC.,   )
20  dba SUNBELT CNC CONTRACTORS, a Texas  )
    corporation; DARRAGH DIMENSIONAL STONE,)
21  a California corporation; JOHN        )
    DARRAGH BEVAN; WESTERN SURETY COMPANY,)
22  a South Dakota corporation; STAR      )
    INSURANCE COMPANY, a Michigan         )
23  corporation;                          )
                                          )
24       Defendants.                      )
    _____)
25

26       Pursuant to FRCivP 41(a)(ii), the undersigned parties

27  through their counsel of record hereby stipulate to and request

28  the dismissal, with prejudice, of defendant STAR INSURANCE
```

STIPULATION FOR DISMISSAL WITH PREJUDICE

1 | COMPANY from this action.

3 | Dated: August 8, 2008                /S/ Kimberly A. Hancock
                                          Katzenbach and Khtikian
                                          Kimberly A. Hancock
                                          Attorney for PLAINTIFFS

8 | Dated: August 8, 2008                /s/ [signature]
                                          Law Office of Dean Sperling
                                          Attorney for Defendant
                                          STAR INSURANCE COMPANY